UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:25-cr-140 |
| Plaintiff, | RESPONSE TO MOTION FOR COMPETENCY EVALUATION |
| vs. | |
| CHARLES ANTHONY DALZELL, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, hereby responds to the Motion for Competency Evaluation (Doc. 32) filed on behalf of Defendant Charles Anthony Dalzell. The United States does not oppose the motion for a competency evaluation of Defendant Dalzell, and it does not request a hearing at this point in the proceedings. *See* 18 U.S.C. § 4241(a) and (b).

Dated and electronicallu filed this 27th day of August, 2025.

ALISON J. RAMSDELL
United States Attorney

       /s/ *JEREMY R. JEHANGIRI*
Jeremy R. Jehangiri
Assistant United States Attorney
PO Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2353
Facsimile: (605)330-4410
E-Mail: Jeremy.Jehangiri@usdoj.gov