UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:25-cr-140 |
| Plaintiff, | RESPONSE TO DEFENDANT'S SECOND MOTION FOR RELEASE FROM CUSTODY |
| vs. | |
| CHARLES ANTHONY DALZELL, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, hereby responds to the Defendant's Secont Motion for Release from Custody (Doc. 76) filed on behalf of Defendant Charles Anthony Dalzell. The United States does not oppose the motion.

Dated and electronicallu filed this 9th day of April, 2026.

RONALD A. PARSONS, JR.
United States Attorney

/s/ JEREMY R. JEHANGIRI
Jeremy R. Jehangiri
Assistant United States Attorney
PO Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2353
Facsimile: (605)330-4410
E-Mail: Jeremy.Jehangiri@usdoj.gov