**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:25-cr-140 |
| Charles Anthony Dalzell, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Charles Anthony Dalzell moves for a modification of his conditions of release. Doc. 89. The United States does not oppose the motion. Id.

On April 16, 2026, Dalzell was ordered released to Providence House for treatment, subject to pretrial supervision by United States Probation and Pretrial Services and his compliance with conditions of release. Doc. 78. In his motion, Dalzell asks the Court to modify his conditions of release to permit his transfer to Deep Roots Transitional Living in Fargo, North Dakota. Doc. 89. Dalzell notes he has completed inpatient treatment at Providence House and has transitioned to their sober living setting. Id. He further states that Pretrial Services is supportive of his motion. Id. At his change of plea hearing in September 2026, the Court was advised of Dalzell's desire to relocate. Doc. 87.

Dalzell's motion (Doc. 89) is **GRANTED**. The Court **ORDERS** that Dalzell's conditions of release be modified to permit him to reside at Deep Roots Transitional Living in Fargo, North Dakota. As Dalzell represented in his motion (Doc. 89), his transfer date shall be left to the discretion of Pretrial Services. All other conditions of his release as set forth in the amended order setting conditions of release (Doc. 79) remain the same and in full effect.

**IT IS SO ORDERED**.

Dated this 5th day of November, 2026.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court